```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federal Insurance Company,

                Plaintiff,

        –v–

Kuehne + Nagel, Inc., *et al.*,

                Defendants.

20-cv-7014 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The initial pretrial conference scheduled for December 11, 2020, is adjourned to January 15, 2021, at 3:15 p.m.

    No later than December 8, 2020, the Plaintiff shall effect service on the Defendants and file an affidavit of service on the public docket. The Plaintiff shall also serve a copy of this Order on the Defendants by the same date. Failure to timely effect service may result in dismissal of the action for failure to prosecute. *See* Fed. R. Civ. P. 4(m).

    The Court reminds the parties that pursuant to Rule 1.I of this Court's Individual Practices in Civil Cases, all attorneys representing parties are required to promptly enter an appearance in the case.

    SO ORDERED.

Dated: December 3, 2020
       New York, New York

                                    _____
                                    ALISON J. NATHAN
                                  United States District Judge